[No. 68056-1-I.  Division One.  May 6, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIS ALLEN WHIPPLE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-00166-5, Kenneth L. Cowsert, J., entered November 15, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Grosse, J., concurred in by Schindler and Verellen, JJ.

[No. 68259-8-I.  Division One.  May 6, 2013.]

BERSCHAUER PHILLIPS CONSTRUCTION COMPANY, *Appellant*, v. MUTUAL OF ENUMCLAW INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-13949-2, Beth M. Andrus, J., entered January 4, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Becker and Cox, JJ. Now published at 175 Wn. App. 222.

[No. 68509-1-I.  Division One.  May 6, 2013.]

MEGAN FELSKE, *Appellant*, v. PERFORMANCE JEEP-EAGLE, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-05645-7, Eric Z. Lucas, J., entered February 17, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Cox and Lau, JJ.

[No. 69321-2-I.  Division One.  May 6, 2013.]

*In the Matter of the Dependency of* M.M.

MONICA GREVE, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-7-00779-7, Joan E. DuBuque, J., entered August 17, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Lau and Verellen, JJ.